NUMBER 13-05-670-CR

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

_______________________________________________________

 

JACK LYNN FAVORS,                                              Appellant,

 

                                           v.

 

THE
STATE OF TEXAS,                                              Appellee.

_______________________________________________________

 

                      On appeal from the County Court

                            of Hardin
County, Texas.

_______________________________________________________

 

                     MEMORANDUM OPINION

 

      Before Chief Justice Valdez and
Justices Yañez and Garza

                       Memorandum Opinion Per
Curiam

 

Appellant, JACK
LYNN FAVORS, attempted to perfect an appeal from an order entered by the County Court of Hardin County, Texas, in cause no. 52242.  The clerk=s record was received
on October 5, 2005.  








Upon review of the
clerk=s record, it appeared
that the order from which this appeal was taken was not a final appealable
order.  Notice of this defect was given
so that steps could be taken to correct the defect, if it could be done.  Appellant was advised that, if the defect was
not corrected within ten days from the date of receipt of this notice, the
appeal would be dismissed for want of jurisdiction.  Appellant failed to file a response as
requested by this Court=s notice. 

The Court, having
considered the documents on file and appellant=s failure to respond to this Court=s notice, is of the
opinion that the appeal should be dismissed for want of jurisdiction. The
appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

 

Do not publish.

Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and 

filed this the 26th day of January,
2006.